**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Stuart Wayne BRIDGES, Defendant–Appellant.**

No. 08–40439
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Stevan Buys, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Lars Robert Isaacson, Lewisville, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Stuart Wayne Bridges has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bridges has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.